IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 14-22116-CMB |
| | ) | Chapter 13 |
| DONALD K. MASDEA, JR., | ) | Docket No. |
| MICHELE R. MASDEA, | ) | |
|    *Debtors* | ) | |
| | ) | |
| DONALD K. MASDEA, JR., | ) | |
| MICHELE R. MASDEA, | ) | |
|    *Movants* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
|    *No Respondents* | ) | |

## REPORT OF FINANCING

AND NOW, come the Debtors, Donald & Michele Masdea, by and through their attorney Kenneth Steidl, and Steidl & Steinberg, P.C., and respectfully represent as follows:

1. The Debtors were approved to obtain financing for a vehicle purchase by Order of this Court dated November 1, 2016 and duly filed at docket number 94.

2. This Order of Court requires the Debtor to file a Report of Financing.

3. The Debtors have finally notified counsel that the vehicle was purchased.

4. The Debtors purchased a 2010 Jeep Liberty by way of financing through Chrysler Capital. The amount of the loan is $13,861.06 at an interest rate of 21% and calls for payments of $389.17 per month for a term of 72 months. Payments on this loan were to begin on December 15, 2016. The address for the Debtor's loan is Chrysler Financial, PO Box 55000, Dept. 277001, Detroit MI 48255-2770.

WHEREFORE, the Debtors, Donald & Michele Masdea, respectfully file this Report of Financing.

                                                  Respectfully submitted,

October 13, 2017             /s/ Kenneth Steidl
DATE                             Kenneth Steidl, Esquire
                                        Attorney for the Debtors

                                        STEIDL & STEINBERG, P.C.
                                        Suite 2830 - Gulf Tower
                                        707 Grant Street
                                        Pittsburgh, PA  15219
                                        (412) 391-8000
                                        P.A.I.D. No. 34965
                                        ken.steidl@steidl-steinberg.com