**Form 151**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Donald K. Masdea Jr.**
**aka Donald K. Masdea**
**Michele R. Masdea**
**aka Michele R. Simon**
    Debtor(s)

Bankruptcy Case No.: 14–22116–CMB

Chapter: 13
Docket No.: 103 – 102
Concil. Conf.: December 7, 2017 at 11:30 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the 17th day of October, 2017, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

    First Class US Mail

on the respondent(s) at (list names and addresses here):

    See attached mailing matrix.

Executed on October 17, 2017_____    _____/s/ Kenneth Steidl_____
              (Date)                                       (Signature)

Kenneth Steidl, Esq.
Steidl & Steinberg, PC
707 Grant Street
Gulf Tower, Suite 2830
Pittsburgh, PA 15219
 (Type Name and Mailing Address of Person Who Made Service)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 14-22116-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Tue Oct 17 06:39:32 EDT 2017 | ALTAIR OH XIII, LLC<br>C O WEINSTEIN, PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| American Express Corporation<br>P.O. Box 1270<br>Newark, NJ 07101-1270 | Peter J. Ashcroft<br>Bernstein-Burkley, P.C.<br>Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1900 | BENEFICIAL CONSUMER DISCOUNT COMPANY<br>14841 Dallas Parkway, Suite 300<br>Dallas, TX 75254-7883 |
| Beneficial Mortgage Company<br>P.O. Box 5233<br>Carol Stream, IL 60197-5233 | Bill Me Later<br>P.O. box 105658<br>Atlanta, GA 30348-5658 | Borough of Carnegie<br>c/o Goehring Rutter & Boehm<br>437 Grant Street, 14th Floor<br>Pittsburgh, PA 15219-6101 |
| Borough of Carnegie/Carlynton SD<br>c/o Goehring Rutter & Boehm<br>437 Grant Street, 14th Floor<br>Pittsburgh, PA 15219-6101 | CERASTES, LLC<br>C O WEINSTEIN, PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | CONSUMER PORTFOLIO SERVICES, INC.<br>P.O. BOX 57071<br>IRVINE, CA. 92619-7071 |
| Capital One Bank<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank<br>P.O. Box 71107<br>Charlotte, NC 28272-1107 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| Chase Bank<br>c/o ARS National Services Inc.<br>P.O. Box 463023<br>Escondido, CA 92046-3023 | Chase Bank<br>c/o Card Member Services<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | Chrysler Capital<br>P.O. BOX 961275<br>FORT WORTH, TX 76161-0275 |
| Citizens Bank<br>P.O. Box 42010<br>Providence, RI 02940-2010 | Credit One Bank<br>P.O. Box 60500<br>City of Industry, CA 91716-0500 | Department Stores National Bank/Macy's<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040-8053 |
| Celine P. DerKrikorian<br>McCabe, Weisberg & Conway PC<br>123 South Broad Street<br>Suite 1400<br>Philadelphia, PA 19109-1060 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Card<br>P.O. Box 71084<br>Charlotte, NC 28272-1084 |
| Equitable Gas Bankruptcy Department<br>Attn: Judy Gawlowski<br>225 North Shore Drive 2nd Floor<br>Pittsburgh, PA 15212-5860 | Fashion Bug<br>P.O. Box 659728<br>San Antonio, TX 78265-9728 | GE Credit Retail Bank Mastercard<br>P.O. Box 530939<br>Atlanta, GA 30353-0939 |
| HSBC Mortgage Services, Inc.<br>P.O. Box 21188<br>Eagan, Minnesota 55121-0188 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Jeffrey R. Hunt<br>Goehring, Rutter & Boehm<br>437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219-6107 |

JC Penney
c/o GE Credit Bank
P.O. Box 960090
Orlando, FL 32896-0090

Kohl's
P.O. Box 2983
Milwaukee, WI 53201-2983

LVNV Funding, LLC its successors and assigns
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lowe's
P.O. Box 530914
Atlanta, GA 30353-0914

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Macy's
P.O. Box 183083
Columbus, OH 43218-3083

Donald K. Masdea Jr.
532 Justus Street
Carnegie, PA 15106-2011

Michele R. Masdea
532 Justus Street
Carnegie, PA 15106-2011

Merrick Bank
P.O. Box 9201
Old Bethpage, NY 11804-9001

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

PNC BANK
PO BOX 94982
CLEVELAND, OHIO 44101-4982

PNC Bank Visa
P.O. Box 856177
Louisville, KY 40285-6177

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Peoples Natural Gas Co LLC Equitable Divisio
225 North Shore Drive
Pittsburgh, PA 15212-5860

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

RBS Citizens
443 Jefferson Boulevard RJW-135
Warwick, RI 02886-1321

SELECT PORTFOLIO SERVICING, INC
3815 South West Temple
Salt Lake City, UT 84115-4412

Joseph P. Schalk
Barley Snyder
126 East King Street
Lancaster, PA 17602-2893

Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219-1908

TD BANK USA, N.A.
C O WEINSTEIN, PINSON AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Target
P.O. Box 660170
Dallas, TX 75266-0170

WELLS FARGO BANK, N.A.
ATTENTION: BANKRUPTCY DEPARTMENT
MAC # D3347-014
3476 STATEVIEW BOULEVARD
FORT MILL, SC 29715-7203

S. James Wallace
845 N. Lincoln Avenue
Pittsburgh, PA 15233-1828

Walmart
P.O. Box 530927
Atlanta, GA 30353-0927

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Wells Fargo Mortgage
P.O. Box 11701
Newark, NJ 07101-4701

Wilmington Savings Fund Society, FSB, d
Serviced by Select Portfolio Servicing,
3217 S. Decker Lake Dr.
Salt Lake City, UT 84119-3284

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Home Depot
P.O. Box 182676
Columbus, OH 43218-2675

(d)National Tire & Battery
c/o NTB Credit Plan
P.O. Box 183015
Columbus, OH 43218

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Beneficial Consumer Discount Company

(d)Beneficial Consumer Discount Company
14841 Dallas Parkway Suite 300
Dallas, TX 75254-7883

(d)Beneficial Consumer Discount Company
14841 Dallas Parkway, Suite 300
DALLAS, TX 75254-7883

(u)Borough of Carnegie

(d)Capital One Bank
P.O. Box 71083
Charlotte, NC 28272-1083

(u)Carlynton School District

(u)Duquesne Light Company

(d)Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

(d)Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

(u)Wells Fargo Bank, N.A.

(u)Wilmington Savings Fund Society, FSB, d/b/

End of Label Matrix
Mailable recipients    59
Bypassed recipients    11
Total                  70