IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 14-22116 |
| | ) | Chapter 13 |
| Donald K. Masdea, Jr. | ) | |
| Michele R. Masdea, | ) | |
| *Debtors* | ) | Related to Docket No. 111 |
| | ) | |
| Michele R. Masdea, | ) | Motion No. ☐ WO-2 |
| Social Security No. XXX-XX- 8588 | ) | |
| *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Pittsburgh School District and Ronda J. | ) | |
| Winnecour, Trustee, | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 13, 2017, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Pittsburgh School District
Attn: Payroll Department
341 S. Bellefield Avenue
Pittsburgh, PA 15213

Date of Service:    December 13, 2017    /s/ Kenneth Steidl
Kenneth Steidl, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com