Certificate Number: 05781-PAW-DE-032377701

Bankruptcy Case Number: 14-22116



05781-PAW-DE-032377701

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 3, 2019</u>, at <u>11:30</u> o'clock <u>AM PST</u>, <u>Donald Masdea</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>March 3, 2019</u>            By:  <u>/s/Allison M Geving</u>

                                       Name:  <u>Allison M Geving</u>

                                       Title:  <u>President</u>