IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 14-22116 CMB |
| Donald K. Masdea Jr. | ) | Chapter 13 |
| Michele R. Masdea, | ) | Docket No. |
|    *Debtors* | ) | |
| | ) | |
| Donald K. Masdea Jr. | ) | |
| Michele R. Masdea, | ) | |
|    *Movants* | ) | |
| | ) | |
| *No Respondent(s)* | ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On March 7, 2019 at docket numbers 120 and 121, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by*:* The Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

| | |
|---|---|
| 5/17/19 | /s/ Donald K. Masdea |
| Date | Debtor |
| | |
| 5/17/19 | /s/ Michele R. Masdea |
| Date | Debtor |

                    Respectfully submitted,

<u>5/22/19</u>                    <u>/s/ Kenneth Steidl</u>
DATE                    Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
(412) 391-8000
Ken.steidl@steidl-steinberg.com
PA I.D. No. 34965

**PAWB Local Form 24 (07/13)**