**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Donald K. Masdea Jr.**
**aka Donald K. Masdea**
**Michele R. Masdea**
**aka Michele R. Simon**
  Debtor(s)

Bankruptcy Case No.: 14−22116−CMB
Related to Doc. No. 126
Chapter: 13
Docket No.: 127 − 126

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 30th of July, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 9/16/19.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **10/11/19 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **9/16/19.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 14-22116-CMB
Donald K. Masdea, Jr.                                                 Chapter 13
Michele R. Masdea
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dric              Page 1 of 3           Date Rcvd: Jul 30, 2019
                            Form ID: 408            Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2019.
```
db/jdb         +Donald K. Masdea, Jr.,    Michele R. Masdea,    532 Justus Street,    Carnegie, PA 15106-2011
cr             +Beneficial Consumer Discount Company,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13917449        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13859999        American Express Corporation,    P.O. Box 1270,    Newark, NJ 07101-1270
13860000        Beneficial Mortgage Company,    P.O. Box 5233,    Carol Stream, IL 60197-5233
13898325       +Borough of Carnegie,    c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13898324       +Borough of Carnegie/Carlynton SD,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13860014       ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Home Depot,    P.O. Box 182676,    Columbus, OH 43218-2675)
13919184        Capital One, N.A.,    c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
13860006        Chase Bank,   c/o Card Member Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
13860007        Chase Bank,   c/o ARS National Services Inc.,    P.O. Box 463023,    Escondido, CA 92046-3023
14674835       +Chrysler Capital,    P.O. BOX 961275,   FORT WORTH, TX 76161-0275
13860009        Citizens Bank,    P.O. Box 42010,   Providence, RI 02940-2010
13882931       +Department Stores National Bank/Macy's,    Bankruptcy Processing,   Po Box 8053,
                 Mason, OH 45040-8053
13860013        GE Credit Retail Bank Mastercard,    P.O. Box 530939,    Atlanta, GA 30353-0939
13927047       +HSBC Mortgage Services, Inc.,    P.O. Box 21188,    Eagan, Minnesota 55121-0188
13860018        Macy's,   P.O. Box 183083,    Columbus, OH 43218-3083
13862161       +PNC BANK,   PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13860021        PNC Bank Visa,    P.O. Box 856177,   Louisville, KY 40285-6177
13921427       +Peoples Natural Gas Co LLC Equitable Division,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
13870271       +RBS Citizens,    443 Jefferson Boulevard RJW-135,    Warwick, RI 02886-1321
13860022        Target,   P.O. Box 660170,    Dallas, TX 75266-0170
13904692       +WELLS FARGO BANK, N.A.,    ATTENTION: BANKRUPTCY DEPARTMENT,    MAC # D3347-014,
                 3476 STATEVIEW BOULEVARD,    FORT MILL, SC 29715-7203
13860024        Wells Fargo Mortgage,    P.O. Box 11701,   Newark, NJ 07101-4701
14421444       +Wilmington Savings Fund Society, FSB, d,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13899604       +E-mail/Text: bncmail@w-legal.com Jul 31 2019 03:22:27     ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13860001        E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2019 03:24:19      Bill Me Later,   P.O. box 105658,
                 Atlanta, GA 30348-5658
13896395       +E-mail/Text: bncmail@w-legal.com Jul 31 2019 03:22:27     CERASTES, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14224958       +E-mail/Text: bankruptcy@consumerportfolio.com Jul 31 2019 03:22:28
                 CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,    IRVINE, CA. 92619-7071
13860004        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 31 2019 03:23:39      Capital One Bank,
                 P.O. Box 71107,   Charlotte, NC 28272-1107
13860002        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 31 2019 03:25:17      Capital One Bank,
                 P.O. Box 71083,   Charlotte, NC 28272-1083
13860010        E-mail/PDF: creditonebknotifications@resurgent.com Jul 31 2019 03:25:27      Credit One Bank,
                 P.O. Box 60500,    City of Industry, CA 91716-0500
13867686        E-mail/Text: mrdiscen@discover.com Jul 31 2019 03:20:46      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
13860011        E-mail/Text: mrdiscen@discover.com Jul 31 2019 03:20:46      Discover Card,   P.O. Box 71084,
                 Charlotte, NC 28272-1084
13860012        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 31 2019 03:21:11      Fashion Bug,
                 P.O. Box 659728,   San Antonio, TX 78265-9728
13860015        E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2019 03:25:06      JC Penney,   c/o GE Credit Bank,
                 P.O. Box 960090,   Orlando, FL 32896-0090
13860016        E-mail/Text: bncnotices@becket-lee.com Jul 31 2019 03:20:51      Kohl's,   P.O. Box 2983,
                 Milwaukee, WI 53201-2983
13934130        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 31 2019 03:24:45
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13860017        E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2019 03:25:06      Lowe's,   P.O. Box 530914,
                 Atlanta, GA 30353-0914
13896897        E-mail/Text: bkr@cardworks.com Jul 31 2019 03:20:34     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
13860019       +E-mail/Text: bkr@cardworks.com Jul 31 2019 03:20:34     Merrick Bank,    P.O. Box 9201,
                 Old Bethpage, NY 11804-9001
13901979        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 31 2019 03:23:40
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13910570        E-mail/Text: bnc-quantum@quantum3group.com Jul 31 2019 03:21:33
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA  98083-0788
```

```
District/off: 0315-2              User: dric                Page 2 of 3                   Date Rcvd: Jul 30, 2019
                                  Form ID: 408              Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13885536         E-mail/Text: bnc-quantum@quantum3group.com Jul 31 2019 03:21:34
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13882333        +E-mail/Text: bncmail@w-legal.com Jul 31 2019 03:22:27      TD BANK USA, N.A.,
                 C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13860023         E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2019 03:24:19      Walmart,   P.O. Box 530927,
                 Atlanta, GA 30353-0927
                                                                                             TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Beneficial Consumer Discount Company
cr              Borough of Carnegie
cr              Carlynton School District
cr              Duquesne Light Company
cr              Wells Fargo Bank, N.A.
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ
cr*            +BENEFICIAL CONSUMER DISCOUNT COMPANY,    14841 Dallas Parkway, Suite 300,
                 Dallas, TX 75254-7883
cr*            +Beneficial Consumer Discount Company,    14841 Dallas Parkway, Suite 300,
                 DALLAS, TX 75254-7883
cr*             Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13860020*      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                 (address filed with court:  National Tire & Battery,    c/o NTB Credit Plan,   P.O. Box 183015,
                 Columbus, OH 43218)
13860005*      +Capital One Bank,    P.O. Box 71083,   Charlotte, NC 28272-1083
13860003*       Capital One Bank,   P.O. Box 71083,   Charlotte, NC 28272-1083
13860008*       Chase Bank,   c/o ARS National Services Inc.,    P.O. Box 463023,   Escondido, CA 92046-3023
14151733*       Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
cr            ##+SELECT PORTFOLIO SERVICING, INC,   3815 South West Temple,   Salt Lake City, UT 84115-4412
                                                                                   TOTALS: 6, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2019 at the address(es) listed below:
```
              Celine P. DerKrikorian    on behalf of Creditor    Beneficial Consumer Discount Company
               ecfmail@mwc-law.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Carnegie jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Carlynton School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Joseph P. Schalk    on behalf of Creditor    Wells Fargo Bank, N.A. jschalk@barley.com,
               sromig@barley.com
              Kenneth Steidl    on behalf of Joint Debtor Michele R. Masdea julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
```

```
District/off: 0315-2           User: dric                  Page 3 of 3                   Date Rcvd: Jul 30, 2019
                               Form ID: 408                Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Kenneth Steidl    on behalf of Debtor Donald K. Masdea, Jr. julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

        S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

        TOTAL: 11