**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    DONALD K. MASDEA, JR.
    MICHELE R. MASDEA
         Debtor(s)

    Ronda J. Winnecour
    Chapter 13 Trustee,
         Movant
       vs.
    No Respondents.

Case No.:14-22116

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

    **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 29, 2019

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 05/27/2014  and confirmed on 9/17/14 .  The case was subsequently         Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 231,634.20 |
| Less Refunds to Debtor | 16,353.24 | |
| TOTAL AMOUNT OF PLAN FUND | | 215,280.96 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,200.00 | |
|   Trustee Fee | 9,539.55 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 12,739.55 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| WILMINGTON SAVINGS FUND SOCIETY I<br>Acct: 3869 | 0.00 | 30,926.56 | 0.00 | 30,926.56 |
| WELLS FARGO BANK NA<br>Acct: 2845 | 384.33 | 384.33 | 0.00 | 384.33 |
| CARNEGIE BOROUGH (SWG)<br>Acct: XXXXXXX3;14 | 124.87 | 124.87 | 8.32 | 133.19 |
| CONSUMER PORTFOLIO SVCS/CPS<br>Acct: 4509 | 1,532.40 | 1,532.40 | 0.00 | 1,532.40 |
| WELLS FARGO BANK NA<br>Acct: 2845 | 34,999.88 | 34,999.88 | 3,092.36 | 38,092.24 |
| | | | | 71,068.72 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DONALD K. MASDEA, JR.<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DONALD K. MASDEA, JR.<br>Acct: | 16,353.24 | 16,353.24 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>Acct: | 3,200.00 | 3,200.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CARLYNTON SD & CARNEGIE BORO (EIT<br>Acct: XXXXXXXXXX7-10 | 4,631.00 | 4,631.00 | 0.00 | 4,631.00 |
| WELLS FARGO BANK NA<br>Acct: 2845 | 17,547.62 | 17,547.62 | 0.00 | 17,547.62 |
| WILMINGTON SAVINGS FUND SOCIETY I<br>Acct: 3869 | 0.00 | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA D/B/A CHF<br>Acct: 0921 | 0.00 | 12,064.27 | 0.00 | 12,064.27 |
| | | | | 34,242.89 |
| **Unsecured** | | | | |
| AMERICAN EXPRESS BANK FSB | 4,330.98 | 4,330.98 | 0.00 | 4,330.98 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Unsecured** | | | | |
| Acct: 1008 | | | | |
| BILL ME LATER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5562 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 2,046.00 | 2,046.00 | 0.00 | 2,046.00 |
| Acct: 0034 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 4,340.08 | 4,340.08 | 0.00 | 4,340.08 |
| Acct: 1950 | | | | |
| CERASTES LLC | 20,050.78 | 20,050.78 | 0.00 | 20,050.78 |
| Acct: 6945 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 20,663.16 | 20,663.16 | 0.00 | 20,663.16 |
| Acct: 0789 | | | | |
| CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8909 | | | | |
| CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0914 | | | | |
| CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7777 | | | | |
| RBS CITIZENS NA(*) | 6,598.95 | 6,598.95 | 0.00 | 6,598.95 |
| Acct: 1018 | | | | |
| LVNV FUNDING LLC | 467.71 | 467.71 | 0.00 | 467.71 |
| Acct: XXX9387 | | | | |
| DISCOVER BANK(*) | 13,448.73 | 13,448.73 | 0.00 | 13,448.73 |
| Acct: 7439 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 709.10 | 709.10 | 0.00 | 709.10 |
| Acct: 7642 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA F | 4,409.31 | 4,409.31 | 0.00 | 4,409.31 |
| Acct: 5525 | | | | |
| ALTAIR OH XIII LLC | 1,531.94 | 1,531.94 | 0.00 | 1,531.94 |
| Acct: 2619 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA F | 353.95 | 353.95 | 0.00 | 353.95 |
| Acct: 3445 | | | | |
| CAPITAL ONE NA** | 1,986.91 | 1,986.91 | 0.00 | 1,986.91 |
| Acct: 8280 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA F | 1,397.18 | 1,397.18 | 0.00 | 1,397.18 |
| Acct: 9839 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 508.18 | 508.18 | 0.00 | 508.18 |
| Acct: 3390 | | | | |
| MERRICK BANK | 654.05 | 654.05 | 0.00 | 654.05 |
| Acct: 9158 | | | | |
| ALTAIR OH XIII LLC | 749.48 | 749.48 | 0.00 | 749.48 |
| Acct: 3408 | | | | |
| PNC BANK NA | 5,519.59 | 5,519.59 | 0.00 | 5,519.59 |
| Acct: 7760 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA F | 6,398.63 | 6,398.63 | 0.00 | 6,398.63 |
| Acct: 8644 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 506.71 | 506.71 | 0.00 | 506.71 |
| Acct: 1559 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 558.38 | 558.38 | 0.00 | 558.38 |
| Acct: 0018 | | | | |
| BERNSTEIN-BURKLEY PC (FORMERLY F | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 97,229.80 |

TOTAL PAID TO CREDITORS                                                                 202,541.41

TOTAL
CLAIMED        22,178.62
PRIORITY       37,041.48
SECURED        97,229.80

Date: 07/29/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    DONALD K. MASDEA, JR.
    MICHELE R. MASDEA
          Debtor(s)

    Ronda J. Winnecour
          Movant
          vs.
    No Repondents.

Case No.:14-22116

Chapter 13

Document No.:

### ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 14-22116-CMB
Donald K. Masdea, Jr.                                               Chapter 13
Michele R. Masdea
          Debtors                      **CERTIFICATE OF NOTICE**

District/off: 0315-2          User: dric          Page 1 of 3          Date Rcvd: Jul 30, 2019
                              Form ID: pdf900      Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2019.
db/jdb        +Donald K. Masdea, Jr.,   Michele R. Masdea,   532 Justus Street,   Carnegie, PA 15106-2011
cr            +Beneficial Consumer Discount Company,   14841 Dallas Parkway Suite 300,   Dallas, TX 75254-7883
cr            +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
13917449       American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13859999       American Express Corporation,   P.O. Box 1270,   Newark, NJ 07101-1270
13860000       Beneficial Mortgage Company,   P.O. Box 5233,   Carol Stream, IL 60197-5233
13898325      +Borough of Carnegie,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
13898324      +Borough of Carnegie/Carlynton SD,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
13860014     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court:  Home Depot,   P.O. Box 182676,   Columbus, OH 43218-2675)
13919184       Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13860006       Chase Bank,   c/o Card Member Services,   P.O. Box 15153,   Wilmington, DE 19886-5153
13860007       Chase Bank,   c/o ARS National Services Inc.,   P.O. Box 463023,   Escondido, CA 92046-3023
14674835      +Chrysler Capital,   P.O. BOX 961275,   FORT WORTH, TX 76161-0275
13860009       Citizens Bank,   P.O. Box 42010,   Providence, RI 02940-2010
13882931      +Department Stores National Bank/Macy's,   Bankruptcy Processing,   Po Box 8053,
               Mason, OH 45040-8053
13860013       GE Credit Retail Bank Mastercard,   P.O. Box 530939,   Atlanta, GA 30353-0939
13927047      +HSBC Mortgage Services, Inc.,   P.O. Box 21188,   Eagan, Minnesota 55121-0188
13860018       Macy's,   P.O. Box 183083,   Columbus, OH 43218-3083
13862161      +PNC BANK,   PO BOX 94982,   CLEVELAND, OHIO 44101-4982
13860021       PNC Bank Visa,   P.O. Box 856177,   Louisville, KY 40285-6177
13921427      +Peoples Natural Gas Co LLC Equitable Division,   225 North Shore Drive,
               Pittsburgh, PA 15212-5860
13870271      +RBS Citizens,   443 Jefferson Boulevard RJW-135,   Warwick, RI 02886-1321
13860022       Target,   P.O. Box 660170,   Dallas, TX 75266-0170
13904692      +WELLS FARGO BANK, N.A.,   ATTENTION: BANKRUPTCY DEPARTMENT,   MAC # D3347-014,
               3476 STATEVIEW BOULEVARD,   FORT MILL, SC 29715-7203
13860024       Wells Fargo Mortgage,   P.O. Box 11701,   Newark, NJ 07101-4701
14421444      +Wilmington Savings Fund Society, FSB, d,   Serviced by Select Portfolio Servicing,,
               3217 S. Decker Lake Dr.,   Salt Lake City, UT 84119-3284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13899604      +E-mail/Text: bncmail@w-legal.com Jul 31 2019 03:22:27     ALTAIR OH XIII, LLC,
               C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13860001       E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2019 03:23:35     Bill Me Later,   P.O. box 105658,
               Atlanta, GA 30348-5658
13896395      +E-mail/Text: bncmail@w-legal.com Jul 31 2019 03:22:27     CERASTES, LLC,
               C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
14224958      +E-mail/Text: bankruptcy@consumerportfolio.com Jul 31 2019 03:22:29
               CONSUMER PORTFOLIO SERVICES, INC.,   P.O. BOX 57071,   IRVINE, CA. 92619-7071
13860004       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 31 2019 03:23:41     Capital One Bank,
               P.O. Box 71107,   Charlotte, NC 28272-1107
13860002       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 31 2019 03:23:41     Capital One Bank,
               P.O. Box 71083,   Charlotte, NC 28272-1083
13860010       E-mail/PDF: creditonebknotifications@resurgent.com Jul 31 2019 03:23:47     Credit One Bank,
               P.O. Box 60500,   City of Industry, CA 91716-0500
13867686       E-mail/Text: mrdiscen@discover.com Jul 31 2019 03:20:46     Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
13860011       E-mail/Text: mrdiscen@discover.com Jul 31 2019 03:20:46     Discover Card,   P.O. Box 71084,
               Charlotte, NC 28272-1084
13860012       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 31 2019 03:21:20     Fashion Bug,
               P.O. Box 659728,   San Antonio, TX 78265-9728
13860015       E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2019 03:25:13     JC Penney,   c/o GE Credit Bank,
               P.O. Box 960090,   Orlando, FL 32896-0090
13860016       E-mail/Text: bncnotices@becket-lee.com Jul 31 2019 03:20:54     Kohl's,   P.O. Box 2983,
               Milwaukee, WI 53201-2983
13934130       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 31 2019 03:24:50
               LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13860017       E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2019 03:23:36     Lowe's,   P.O. Box 530914,
               Atlanta, GA 30353-0914
13896897       E-mail/Text: bkr@cardworks.com Jul 31 2019 03:20:35     MERRICK BANK,
               Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
13860019      +E-mail/Text: bkr@cardworks.com Jul 31 2019 03:20:35     Merrick Bank,   P.O. Box 9201,
               Old Bethpage, NY 11804-9001
13901979       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 31 2019 03:23:46
               Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13910570       E-mail/Text: bnc-quantum@quantum3group.com Jul 31 2019 03:21:42
               Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788

```
District/off: 0315-2          User: dric           Page 2 of 3              Date Rcvd: Jul 30, 2019
                              Form ID: pdf900       Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13885536        E-mail/Text: bnc-quantum@quantum3group.com Jul 31 2019 03:21:42
                Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13882333       +E-mail/Text: bncmail@w-legal.com Jul 31 2019 03:22:27        TD BANK USA, N.A.,
                C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13860023        E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2019 03:23:36       Walmart,   P.O. Box 530927,
                Atlanta, GA 30353-0927
                                                                      TOTAL: 21
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Beneficial Consumer Discount Company
cr              Borough of Carnegie
cr              Carlynton School District
cr              Duquesne Light Company
cr              Wells Fargo Bank, N.A.
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ
cr*            +BENEFICIAL CONSUMER DISCOUNT COMPANY,   14841 Dallas Parkway, Suite 300,
                Dallas, TX 75254-7883
cr*            +Beneficial Consumer Discount Company,   14841 Dallas Parkway, Suite 300,
                DALLAS, TX 75254-7883
cr*             Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13860020*      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court:  National Tire & Battery,   c/o NTB Credit Plan,   P.O. Box 183015,
                Columbus, OH 43218)
13860005*      +Capital One Bank,   P.O. Box 71083,   Charlotte, NC 28272-1083
13860003*       Capital One Bank,   P.O. Box 71083,   Charlotte, NC 28272-1083
13860008*       Chase Bank,   c/o ARS National Services Inc.,   P.O. Box 463023,   Escondido, CA 92046-3023
14151733*       Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
cr            ##+SELECT PORTFOLIO SERVICING, INC,   3815 South West Temple,   Salt Lake City, UT 84115-4412
                                                                  TOTALS: 6, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2019 at the address(es) listed below:
```
        Celine P. DerKrikorian    on behalf of Creditor   Beneficial Consumer Discount Company
         ecfmail@mwc-law.com
        James Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
         Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
         bkgroup@kmllawgroup.com
        Jeffrey R. Hunt    on behalf of Creditor   Borough of Carnegie jhunt@grblaw.com,
         cnoroski@grblaw.com
        Jeffrey R. Hunt    on behalf of Creditor   Carlynton School District jhunt@grblaw.com,
         cnoroski@grblaw.com
        Joseph P. Schalk    on behalf of Creditor   Wells Fargo Bank, N.A. jschalk@barley.com,
         sromig@barley.com
        Kenneth  Steidl    on behalf of Joint Debtor Michele R. Masdea julie.steidl@steidl-steinberg.com,
         ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
         eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
         inberg.com
```

District/off: 0315-2              User: dric              Page 3 of 3              Date Rcvd: Jul 30, 2019
                                 Form ID: pdf900         Total Noticed: 47


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Kenneth  Steidl   on behalf of Debtor Donald K. Masdea, Jr. julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                          TOTAL: 11