**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　DONALD K. MASDEA, JR.<br>　MICHELE R. MASDEA<br>　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　Movant<br>　　vs.<br>　No Repondents. | Case No.:14-22116<br><br>Chapter 13<br><br>Document No.:　126<br><br>**ENTERED BY DEFAULT** |

ORDER OF COURT

　AND NOW, this __30th__ day of __September__, 20 __19__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

FILED
9/30/19 12:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

　　　　　　　　　　　　　　　　　　　Carlota M. Böhm　　　dmr
　　　　　　　　　　　　　　　　　　　Chief United States Bankruptcy Court Judge

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                            Case No. 14-22116-CMB
Donald K. Masdea, Jr.                                             Chapter 13
Michele R. Masdea
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: lfin                  Page 1 of 3               Date Rcvd: Sep 30, 2019
                              Form ID: pdf900             Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2019.
db/jdb         +Donald K. Masdea, Jr.,    Michele R. Masdea,    532 Justus Street,    Carnegie, PA 15106-2011
cr             +Beneficial Consumer Discount Company,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13917449        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13859999        American Express Corporation,    P.O. Box 1270,    Newark, NJ 07101-1270
13860000        Beneficial Mortgage Company,    P.O. Box 5233,    Carol Stream, IL 60197-5233
13898325       +Borough of Carnegie,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13898324       +Borough of Carnegie/Carlynton SD,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13860014      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Home Depot,    P.O. Box 182676,    Columbus, OH 43218-2675)
13919184        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13860006        Chase Bank,    c/o Card Member Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
13860007        Chase Bank,    c/o ARS National Services Inc.,    P.O. Box 463023,    Escondido, CA 92046-3023
14674835       +Chrysler Capital,    P.O. BOX 961275,    FORT WORTH, TX 76161-0275
13860009        Citizens Bank,    P.O. Box 42010,    Providence, RI 02940-2010
13882931       +Department Stores National Bank/Macy's,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13860013        GE Credit Retail Bank Mastercard,    P.O. Box 530939,    Atlanta, GA 30353-0939
13927047       +HSBC Mortgage Services, Inc.,    P.O. Box 21188,    Eagan, Minnesota 55121-0188
13860018        Macy's,   P.O. Box 183083,    Columbus, OH 43218-3083
13862161       +PNC BANK,   PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13860021        PNC Bank Visa,    P.O. Box 856177,    Louisville, KY 40285-6177
13921427       +Peoples Natural Gas Co LLC Equitable Division,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
13870271       +RBS Citizens,    443 Jefferson Boulevard RJW-135,    Warwick, RI 02886-1321
13860022        Target,   P.O. Box 660170,    Dallas, TX 75266-0170
13904692       +WELLS FARGO BANK, N.A.,    ATTENTION: BANKRUPTCY DEPARTMENT,    MAC # D3347-014,
                 3476 STATEVIEW BOULEVARD,    FORT MILL, SC 29715-7203
13860024        Wells Fargo Mortgage,    P.O. Box 11701,    Newark, NJ 07101-4701
14421444       +Wilmington Savings Fund Society, FSB, d,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13899604       +E-mail/Text: bncmail@w-legal.com Oct 01 2019 04:09:48     ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13860001        E-mail/PDF: gecsedi@recoverycorp.com Oct 01 2019 04:12:13     Bill Me Later,    P.O. box 105658,
                 Atlanta, GA 30348-5658
13896395       +E-mail/Text: bncmail@w-legal.com Oct 01 2019 04:09:48     CERASTES, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14224958       +E-mail/Text: bankruptcy@consumerportfolio.com Oct 01 2019 04:09:49
                 CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,    IRVINE, CA. 92619-7071
13860004        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 01 2019 04:13:18      Capital One Bank,
                 P.O. Box 71107,    Charlotte, NC 28272-1107
13860002        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 01 2019 04:13:18      Capital One Bank,
                 P.O. Box 71083,    Charlotte, NC 28272-1083
13860010        E-mail/PDF: creditonebknotifications@resurgent.com Oct 01 2019 04:12:20      Credit One Bank,
                 P.O. Box 60500,    City of Industry, CA 91716-0500
13867686        E-mail/Text: mrdiscen@discover.com Oct 01 2019 04:08:33     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
13860011        E-mail/Text: mrdiscen@discover.com Oct 01 2019 04:08:33     Discover Card,    P.O. Box 71084,
                 Charlotte, NC 28272-1084
13860012        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 01 2019 04:08:57     Fashion Bug,
                 P.O. Box 659728,    San Antonio, TX 78265-9728
13860015        E-mail/PDF: gecsedi@recoverycorp.com Oct 01 2019 04:13:13     JC Penney,   c/o GE Credit Bank,
                 P.O. Box 960090,    Orlando, FL 32896-0090
13860016        E-mail/Text: bncnotices@becket-lee.com Oct 01 2019 04:08:39     Kohl's,    P.O. Box 2983,
                 Milwaukee, WI 53201-2983
13934130        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 01 2019 04:12:56
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13860017        E-mail/PDF: gecsedi@recoverycorp.com Oct 01 2019 04:13:15     Lowe's,    P.O. Box 530914,
                 Atlanta, GA 30353-0914
13896897        E-mail/Text: bkr@cardworks.com Oct 01 2019 04:08:25     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13860019       +E-mail/Text: bkr@cardworks.com Oct 01 2019 04:08:25     Merrick Bank,    P.O. Box 9201,
                 Old Bethpage, NY 11804-9001
13901979        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 01 2019 04:24:36
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13910570        E-mail/Text: bnc-quantum@quantum3group.com Oct 01 2019 04:09:06
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
```

```
District/off: 0315-2            User: lfin                   Page 2 of 3                   Date Rcvd: Sep 30, 2019
                                Form ID: pdf900              Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13885536        E-mail/Text: bnc-quantum@quantum3group.com Oct 01 2019 04:09:06
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13882333       +E-mail/Text: bncmail@w-legal.com Oct 01 2019 04:09:48      TD BANK USA, N.A.,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13860023        E-mail/PDF: gecsedi@recoverycorp.com Oct 01 2019 04:12:41      Walmart,    P.O. Box 530927,
                 Atlanta, GA 30353-0927
                                                                                               TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Beneficial Consumer Discount Company
cr             Borough of Carnegie
cr             Carlynton School District
cr             Duquesne Light Company
cr             Wells Fargo Bank, N.A.
cr             Wilmington Savings Fund Society, FSB, d/b/a Christ
cr*           +BENEFICIAL CONSUMER DISCOUNT COMPANY,    14841 Dallas Parkway, Suite 300,
                 Dallas, TX 75254-7883
cr*           +Beneficial Consumer Discount Company,    14841 Dallas Parkway, Suite 300,
                 DALLAS, TX 75254-7883
cr*            Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13860020*    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:    National Tire & Battery,    c/o NTB Credit Plan,    P.O. Box 183015,
                 Columbus, OH 43218)
13860003*      Capital One Bank,    P.O. Box 71083,    Charlotte, NC 28272-1083
13860005*     +Capital One Bank,    P.O. Box 71083,    Charlotte, NC 28272-1083
13860008*      Chase Bank,    c/o ARS National Services Inc.,    P.O. Box 463023,    Escondido, CA 92046-3023
14151733*      Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
cr           ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                    TOTALS: 6, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2019 at the address(es) listed below:
```
              Celine P. DerKrikorian    on behalf of Creditor    Beneficial Consumer Discount Company
               ecfmail@mwc-law.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Carnegie jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Carlynton School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Joseph P. Schalk    on behalf of Creditor    Wells Fargo Bank, N.A. jschalk@barley.com,
               sromig@barley.com
              Kenneth Steidl    on behalf of Joint Debtor Michele R. Masdea julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
```

```
District/off: 0315-2          User: lfin              Page 3 of 3          Date Rcvd: Sep 30, 2019
                              Form ID: pdf900         Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Kenneth Steidl    on behalf of Debtor Donald K. Masdea, Jr. julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

        Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

        S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                 TOTAL: 11